B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of Connecticut | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M & M Produce, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 Reserve Road**<br>**Hartford, CT**<br><div align="right">ZIP Code<br>**06114**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts,<br>  defined in 11 U.S.C. § 101(8) as<br>  "incurred by an individual primarily for<br>  a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **M & M Produce, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____

    Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                         Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **M & M Produce, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

**Barry S. Feigenbaum CT-06605**
Printed Name of Attorney for Debtor(s)

**Rogin Nassau LLC**
Firm Name

**CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460**
Address

**Email: bfeigenbaum@roginlaw.com**
**860-278-7480 Fax: 860-278-2179**
Telephone Number

**March 6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Stephen Porter**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 6, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Connecticut

In re    **M & M Produce, Inc.**                                              ,        Case No. _____

_____
Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,624,433.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,892,547.65 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 12,745.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 6,598,956.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 1,624,433.80 | | |
| Total Liabilities | | | | 9,504,249.82 | |

B6A (Official Form 6A) (12/07)

In re    **M & M Produce, Inc.**                                                                                    Case No. _____
                                                                                                    ,
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re    **M & M Produce, Inc.**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **Colinsville Savings Society** **277 Albany Turnpike** **Canton, CT 06019** | - | 35,360.48 |
| | | **Checking Account** **Commerce Bank** **368 Main Street** **Worcester, MA 01608** | - | 15,759.49 |
| | | **Checking Accounts (2)** **People's United Bank** **290 Franklin Avenue** **Hartford, CT 06114** | - | 157,214.24 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Letter of Credit for CT Marketing Authority** **Held by:  People's United Bank** **290 Franklin Avenue** **Hartford, CT 06114** | - | 50,280.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        258,614.21
(Total of this page)

<u>  3  </u>    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                    Case No. _____
                                                     ,
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Schedule to be provided to Trustee. Location: 101 Reserve Road, Hartford CT 06114 | - | 1,152,329.59 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    1,152,329.59
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **M & M Produce, Inc.**                                   Case No. _____
                                                    ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Schedule 25 attached<br>Location: 101 Reserve Road, Hartford CT 06114 | - | 128,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Schedule 28 attached.<br>Location: 101 Reserve Road, Hartford CT 06114 | - | 12,490.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Schedule 29 attached.<br>Location: 101 Reserve Road, Hartford CT 06114 | - | 68,000.00 |
| 30. Inventory. | | Packaging supplies<br>Location: 101 Reserve Road, Hartford CT 06114 | - | 5,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  | Sub-Total > | 213,490.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                         ,    Case No. _____

_____
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 1,624,433.80 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule 25

| | | | |
|---|---|---|---|
| Road Trailers | #Q15597 -  1999 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q60200 - 1996 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q60966 - 1999 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61039 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61074 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61119 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61123 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61220 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61353 - 2000 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61375 - 2001 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61539 - 2007 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61551 - 2001 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q61846 - 2001 Great Dane - In Market Lot | $ | 8,000.00 |
| | #Q60200 - 1996 Great Dane - In Market Lot | $ | 2,500.00 |
| | #U60166  -1997 Dorsey - In Market Lot | $ | 2,500.00 |
| | #117 - 1996 Wabas - In Market Lot | $ | 1,500.00 |
| | #114 - 1996 Utility - In Market Lot | $ | 1,500.00 |
| | #113 - 1995 Utility  - In Market Lot | $ | 1,500.00 |
| | | | |
| Storage Trailers | #S1 - In Market Lot | $ | 500.00 |
| | #S2 - In Market Lot | $ | 500.00 |
| | #70123 - In Market Lot | $ | 500.00 |
| | #86 - In Market Lot | $ | 500.00 |
| | #294 - In Market Lot | $ | 500.00 |
| | #105 - In Market Lot | $ | 500.00 |
| | #110 - In Market Lot | $ | 500.00 |
| | #15 - In Market Lot | $ | 500.00 |
| | #116 - In Market Lot | $ | 500.00 |
| | #5066 - In Market Lot | $ | 500.00 |
| | #Q61215 - In Market Lot | $ | 500.00 |
| | | | |
| Trucks | #3 - 1995 Ford Box Truck- In Market Lot | $ | 500.00 |
| | #19 - 1988 Int'l Straight Truck - In Market Lot | $ | 1,500.00 |
| | #32 - 1990 Int'l Straight Truck - In Market Lot | $ | 1,500.00 |
| | #374 - 1999 Int'l Straight Truck - In Market Lot | $ | 2,500.00 |
| | #27 - 2013 Isuzu Box Truck - In Market Lot | $ | 2,000.00 |
| | 1998 Dodge Pick-up Truck - In Market Lot | $ | 1,000.00 |

Schedule 28

| Office Equipment | | | |
|---|---|---|---|
| | Computer Workstation 03 - Back Office | $ | 400.00 |
| | Computer Workstation 04 - Back Office | $ | 400.00 |
| | Computer Workstation 05 - Back Office | $ | 400.00 |
| | Computer Workstation 07 - Back Office | $ | 400.00 |
| | Computer Workstation 08 - Back Office | $ | 400.00 |
| | Computer Workstation 09 - Back Office | $ | 400.00 |
| | Computer Workstation 10 - Back Office | $ | 400.00 |
| | Computer Workstation 12 - Back Office | $ | 400.00 |
| | Computer Workstation 13 - Back Office | $ | 400.00 |
| | Computer Workstation 21 - Back Office | $ | 400.00 |
| | Computer Workstation TC - Back Office | $ | 400.00 |
| | Computer Workstation ThinkCenter - Back Office | $ | 400.00 |
| | Computer Workstation KVM 4 - Back Office | $ | 200.00 |
| | OkiData Printers x 6 - Back Office | $ | 900.00 |
| | Brother Printer - Back Office | $ | 150.00 |
| | Conference Table - Conference Room | $ | 300.00 |
| | Office Chairs x 21 - Back Office | $ | 840.00 |
| | Desks x 10 - Back Office | $ | 1,000.00 |
| | Miscellaneous Office Supplies - Back Office | $ | 2,000.00 |
| | IBM Thinkserver* | $ | 2,000.00 |
| | *Held by TC Computer Consulting LLC | | |
| | 59 Field St., Torrington, CT 06790 | | |
| | 50" Sharp LCD Television - Conference Room | $ | 300.00 |

Schedule 29

| | | | |
|---|---|---|---:|
| Machinery | Compaq Tomato Sorting Machine - Storage Trailer 7001 | $ | 50,000.00 |
| | Grape Tomato Sorting Machine - Storage Trailer 5066 | $ | 8,000.00 |
| | Overwrap Packaging Machine - Storage Trailer 120 | $ | 5,000.00 |
| | Crown Pallet Jack #6565 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #7736 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #7738 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #6605 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #6384 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #3130 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack #7730 - Main Warehouse | $ | 500.00 |
| | Crown Pallet Jack Black - Main Warehouse | $ | 500.00 |
| | JFG Pallet Jack #1 - Main Warehouse | $ | 500.00 |
| | JFG Pallet Jack #2 - Main Warehouse | $ | 500.00 |

B6D (Official Form 6D) (12/07)

In re    **M & M Produce, Inc.**                                                                   Case No. _____

_____,
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **80814**<br><br>**Commerce Bank & Trust Company**<br>**368 Main Street**<br>**Worcester, MA 01608** | X | - | | | May 21, 2010<br><br>Term Loan | | | | | |
| | | | | | Value $            **Unknown** | | | | 2,022,250.32 | Unknown |
| Account No. **80815**<br><br>**Commerce Bank & Trust Company**<br>**368 Main Street**<br>**Worcester, MA 01608** | X | - | | | May 21, 2010<br><br>Line of Credit | | | | | |
| | | | | | Value $            **Unknown** | | | | 480,000.00 | Unknown |
| Account No. **81866**<br><br>**Commerce Bank & Trust Company**<br>**368 Main Street**<br>**Worcester, MA 01608** | X | - | | | January 4, 2013<br><br>Term Loan | | | | | |
| | | | | | Value $            **Unknown** | | | | 390,297.33 | Unknown |
| Account No.<br><br>**Commerce Bank & Trust Company**<br>**368 Main Street**<br>**Worcester, MA 01608** | X | - | | | May 21, 2010<br><br>Guaranty of Revolving Loan of M&M Wine Grape Company, LLC | | | | | |
| | | | | | Value $            **Unknown** | | | | Unknown | Unknown |

_0_    continuation sheets attached

|  | Subtotal<br>(Total of this page) | 2,892,547.65 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,892,547.65 | 0.00 |

B6E (Official Form 6E) (4/13)

In re     **M & M Produce, Inc.**                                            Case No. _____

_____,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community share the liability on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **M & M Produce, Inc.**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101 | - | | | | | | | Unknown | | Unknown Unknown |
| Account No. | | | | December 1, 2014 | | | | | | |
| Tax Collector City of Hartford PO Box 2719 Hartford, CT 06146 | - | | | | | | | 12,745.47 | 0.00 | 12,745.47 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 12,745.47    12,745.47 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 12,745.47    12,745.47 |

B6F (Official Form 6F) (12/07)

In re    **M & M Produce, Inc.**                                                              Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | various | | | | |
| A&A Office Systems, Inc. 909 Middle Street Middletown, CT 06457 | - | | | | | | | 1,230.60 |
| Account No. | | | | various | | | | |
| A-C Motor Express, LLC 339 A Bliss Street West Springfield, MA 01089 | - | | | | | | | 5,014.49 |
| Account No. | | | | | | | | |
| A. Gurda Produce Co., Inc. c/o Cynthia Attard, Esq. Attard & Associates 475 Main Street Farmingdale, NY 11735 | - | | | | | | | 142,121.50 |
| Account No. | | | | | | | | |
| Advanced Business Capital, LLC PO Box 610028 Dallas, TX 75261 | - | | | | | | | 19,250.00 |
| __35__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 167,616.59 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **M & M Produce, Inc.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AFLAC** <br> **1932 Wynnton Road** <br> **Columbus, GA 31999** | - | | | | | | 135.60 |
| Account No. <br><br> **Al Jac's Inc.** <br> **33 Hemlock Street** <br> **Providence, RI 02908** | - | | | | | | 5,940.00 |
| Account No. <br><br> **Alliance Scale** <br> **P.O. Box 509** <br> **1020 Turnpike Street** <br> **Canton, MA 02021-0509** | - | | | | | | 1,200.82 |
| Account No. <br><br> **ALLSTAR SUPPLY INC** <br> **PO BOX 8** <br> **COLLINSVILLE, CT 6022** | - | | | | | | 711.36 |
| Account No. <br><br> **Arrow Farms** <br> **57 New England Produce Ctr** <br> **Chelsea, MA 02150** | - | | | | | | 3,810.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           11,797.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                                          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arrow Produce** <br> **461 Railroad Avenue** <br> **Westbury, NY 11590** | - | | | | | | 12,732.00 |
| Account No. <br><br> **Arthur G. Silk, Inc.** <br> **PO Box 6455** <br> **Chelsea, MA 02150** | - | | | | | | 14,603.00 |
| Account No. <br><br> **Atlantic Star Trailer** <br> **405 Industrial Avenue** <br> **Cheshire, CT 06410** | - | | | | | | 380.63 |
| Account No. <br><br> **ATT Mobility** <br> **PO Box 64636** <br> **Carol Stream, IL 60197** | - | | | | | | 1,626.27 |
| Account No. <br><br> **Baggott Family Farms** <br> **236 South Main Street** <br> **East Windsor, CT 06088** | - | | | | | | 433.50 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          29,775.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **M & M Produce, Inc.**                                                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Baldor Specialty Foods, Inc. PO Box 5411 New York, NY 10087 | - | | | | | | | 7,635.00 |
| Account No. | | | | | | | | |
| Bartolotta, Inc. 733 East Main Street #5 Torrington, CT 06790 | - | | | | | | | 4,700.00 |
| Account No. | | | | | | | | |
| Belmont Laundry PO Box 80567 Springfield, MA 01138 | - | | | | | | | 430.11 |
| Account No. | | | | | | | | |
| Benny D'Angelo Produce Inc. 413, Notre-Dame St-Remi, Quebec JOL2L | - | | | | | | | 19,901.00 |
| Account No. | | | | | | | | |
| BIEBT PO Box 416861 Boston, MA 02241 | - | | | | | | | 26,003.56 |

Sheet no. __3__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     58,669.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**
_____,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Braman Chemical<br>PO Box 368<br>Agawam, MA 01001 | | - | | | | | 165.40 |
| Account No. | | | | | | | |
| Bussa Orchards<br>101 Clark Hill Road<br>South Glastonbury, CT 06073 | | - | | | | | 117.00 |
| Account No. | | | | | | | |
| C.H. Robinson Co.<br>PO Box 9121<br>Minneapolis, MN 55480 | | - | | | | | 17,277.35 |
| Account No. | | | | | | | |
| Capital City Produce, LLC<br>PO Box 4174<br>Albany, NY 12204 | | - | | | | | 3,876.00 |
| Account No. | | | | | | | |
| Capitol Sausage & Provisions<br>101 Reserve Road<br>Hartford, CT 06114 | | - | | | | | 6,053.25 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    27,489.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**_____,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Carbamericas, Inc. 800 W. Cypress Creek Road Suite 110 Fort Lauderdale, FL 33309 | - | | | | | | 19,343.50 |
| Account No. | | | | | | | |
| Cayuga Produce 8558 Street Rt. 90 King Ferry, NY 13081 | - | | | | | | 44,704.80 |
| Account No. | | | | | | | |
| Charles Jones Produce, LLC 914 Champion Ferry Road Gaffney, SC 29341 | - | | | | | | 61,620.00 |
| Account No. | | | | | | | |
| Chiquita Mid Atlantic PO Box 530414 Atlanta, GA 30353 | - | | | | | | 416.40 |
| Account No. | | | | | | | |
| CJ Cleaning & Maintenance, Inc PO Box 4243 Hamden, CT 06514 | - | | | | | | 2,440.08 |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    128,524.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                        ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| CL&P PO Box 2957 Hartford, CT 06104-2960 | - | | | | | | | 266.92 |
| Account No. | | | | | | | | |
| CLEAN MACHINE POWERWASH INC P.O.BOX 463 WEST SPRINGFIELD, MA 1090 | - | | | | | | | 200.50 |
| Account No. | | | | | | | | |
| Comcast PO Box 1577 Newark, NJ 07101 | - | | | | | | | 202.59 |
| Account No. | | | | | | | | |
| Community Suffolk, Inc. 304 Second Street Everett, MA 02149 | - | | | | | | | 85,878.25 |
| Account No. | | | | | | | | |
| Connecticut Propane & Petroleu 21 Austin Drive Marlborough, CT 06447 | - | | | | | | | 8,177.30 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                94,725.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                              Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cooseman's Boston 124 New England Produce Ctr. Chelsea, MA 02150 | | - | | | | | | 8,416.00 |
| Account No. | | | | | | | | |
| Costa Fruit & Produce Co., Inc PO Box 843009 Boston, MA 02284 | | - | | | | | | 12,000.60 |
| Account No. | | | | | | | | |
| CT Marketing Authority 101 Reserve Road Hartford, CT 06114 | | - | | | | | | 37,492.45 |
| Account No. | | | | | | | | |
| D. Beccarus, LTD 3986 Country Road North Orland, CA 95963 | | - | | | | | | 5,092.00 |
| Account No. | | | | September 2014 | | | | |
| David Makas 275 Kenyon Street Hartford, CT 06105 | | - | | | | | | 120,409.66 |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                183,410.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **M & M Produce, Inc.**                                                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DE LAGE LANDEN PO BOX 41601 PHILADELPHIA, PA 19101 | - | | | | | | | 698.28 |
| Account No. | | | | | | | | |
| Dean Tucker Farms, Inc. PO Box 774 Sumner, GA 31789 | - | | | | | | | 15,360.00 |
| Account No. | | | | | | | | |
| Del Monte Fresh Produce 16989 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 71,028.50 |
| Account No. | | | | | | | | |
| Department of Motor Vehicles 60 State Street Wethersfield, CT 06109 | - | | | | | | | 140.00 |
| Account No. | | | | | | | | |
| Diesel Direct, Inc. PO Box 135 Randolph, MA 02368 | - | | | | | | | 35,776.23 |

Sheet no. __8__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              123,003.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **M & M Produce, Inc.**                                                Case No. _____
_____ ;
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. DiMare Ruskin, Inc. PO Box 967 Ruskin, FL 33575 | | - | | | | | 295,330.50 |
| Account No. Double Diamond Sales PO Box 251 Leamington, Ontario N8H3W2 Canada | | - | | | | | 36,635.00 |
| Account No. Empire Specialty Foods, Inc. PO Box 40410 Staten Island, NY 10304 | | - | | | | | 3,060.00 |
| Account No. Eversource PO Box 650032 Dallas, TX 75265 | | - | | | | | 9,553.60 |
| Account No. F.W. Webb Company 160 Middlesex Turnpike Bedford, MA 01730 | | - | | | | | 377.31 |

Sheet no. _9_ of _35_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          344,956.41

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy